IN THE SUPERIOR COURT OF GUAM

PEOPLE OF GUAM,                    )        CRIMINAL CASE NO. CM1110-11
                                   )
            vs.                    )
                                   )        **DECISION AND ORDER**
RIO RIEUO,                         )
                                   )
                        Defendant.)

In the interest of judicial economy and after reviewing the filed documents, the Honorable ELIZABETH BARRETT-ANDERSON is hereby *sua sponte* DISMISSING the case against Defendant Rio Rieuo ("Rieuo").

Co-Defendant Stinnet Drifty Bossy ("Bossy") and Defendant Rieuo were arrested on November 3, 2011 and a Magistrate's Complaint was filed on November 4, 2011 for both Co-Defendants. Defendant Bossy was arraigned on November 30, 2011. Defendant Rieuo was never served a summons and has never been arraigned. This is a clear violation of the rule announced in *People v. Rasauo*, 2011 Guam 14, therefore, the Court rescinds its previous statement that a new summons would issue for Defendant Rieuo.

Pursuant to *People v. Rasauo*, 2011 Guam 14 ¶ 16, the case against Defendant Rieuo is dismissed without prejudice.

**IT IS SO ORDERED** this 9th of February, 2012.

_____
**HONORABLE ELIZABETH BARRETT- ANDERSON**
Judge, Superior Court of Guam



I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

FEB 0 9 2012

Persey A. Argao
Deputy Clerk, Superior Court of Guam